DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

DiDONATO v. WORTMAN

No. 280A86.

Case below: 320 N.C. 423.

Petition by plaintiff denied 7 October 1987.